# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RALPH WALKER, JR.

VERSUS

RECREATION AND PARK
COMMISSION FOR THE PARISH OF
EAST BATON ROUGE (BREC),
BREC FOUNDATION AND ABC
INSURANCE COMPANY

NO.  2026 CW 0335

**MAY 18, 2026**

---

In Re:  The Recreation and Park Commission for the Parish of East Baton Rouge ("BREC"), applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 736398.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the pertinent court minutes in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the transcript of the pertinent hearing.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the requested transcript, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 17, 2026, and must contain a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT